IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| KERI DECKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: |
| | ) |
| STAR VAN SYSTEMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Star Van Systems, Inc. ("Star Van") and Ahmed Al-Saidi ("Mr. Al-Sadi"), by their attorneys Lewis Brisbois Bisgaard & Smith LLP, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), hereby remove this action from the Circuit Court of Duval County, Florida, to the United States District Court for the Middle District of Florida. As grounds for this removal, defendants state as follows:

1. On June 28, 2022, plaintiff filed a Complaint in the Circuit Court of Duval County, Florida, entitled *Keri Decker v. Star Van Systems, Inc., et al.* (*See* Exhibit 1).

2. Plaintiff generally avers that he suffered severe personal injuries resulting from a February 14, 2020 motor vehicle collision in Duval County, Florida with a vehicle owned by Star Van and operated by Mr. Al-Saidi. (*Id.*).

3. Plaintiff further avers that he "suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff, Keri Decker, has sustained permanent injuries within a reasonable degree of medical probability" (*Id.* at ¶¶8, 14, 20).

4. Plaintiff has demanded settlement for amounts in excess of $75,000.00.

5. Plaintiff is a resident and citizen of Florida. (*Id.* at ¶2).

6. Star Van is a company that is organized and existing under the laws of Ontario, Canada. (*See* Exhibit 2 at ¶3).

7. For purposes of determining diversity jurisdiction, Star Van is a citizen of Ontario, Canada because its principal place of business, offices and distribution center are located in Ontario, Canada. (*Id.* at ¶¶4-5).

8. The vehicle operated by Ahmed Al-Saidi at the time of the February 14, 2020 motor vehicle accident described in the Plaintiff's Complaint, was owned by Star Van. (*Id.* at ¶10).

9. On February 14, 2020, while engaged in the activity described in the Complaint in this matter, Mr. Al-Saidi was an employee of Star Van. (*Id.* at ¶8).

10. Mr. Al-Saidi resides in and is a citizen of Ontario, Canada. (*Id.* at ¶9).

11. Here, there is complete diversity between plaintiffs and defendants and the amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1441(b).

12. By reason of the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). There is complete diversity of citizenship, and the amount in controversy exceeds $75,000.00, exclusive of costs. Removal of the state court action to this Court is therefore appropriate under 28 U.S.C. § 1441(b).

13. Removal of this action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days after receipt by the defendants, through service or otherwise, of a copy of the pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. Moreover, this Notice of Removal was filed within one year after commencement of the action.

14. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, defendants are serving a copy of this Notice of Removal upon plaintiffs and filing a copy with the Clerk of the Circuit Court of Duval County, Florida.

15. Defendants reserve the right to supplement this Notice of Removal and/or to present additional arguments in support of their entitlement to removal.

16. Removal is hereby effected without waiver of any challenges that defendants may have to personal jurisdiction, venue or service of process. Further, no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendants, Star Van Systems, Inc. and Ahmed Al-Saidi, hereby give notice of the removal of the above-referenced action now pending in the Circuit Court of Duval County, Florida, to the United States District Court for the Middle District of Florida.

Respectfully submitted,

Michael T. Franz, FBN: 0081914
Lewis Brisbois
Star Van Systems, Inc. and Ahmed Al-Saidi,
550 West Adams Street
Suite 300
Chicago, Illinois 60661
(312) 463-3329 Direct
(312) 345-1778 Fax
Michael.Franz@lewisbrisbois.com    By: /s/ *Michael T. Franz*
                                        One of Defendants' Attorneys

Date: June 14, 2022

*Attorneys for Defendants*

75944-23

4