IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

KERI DECKER,                          )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )   Case No:
                                      )
STAR VAN SYSTEMS, INC., et al.,       )
                                      )
        Defendants.                   )

## AFFIDAVIT OF HEATHER MARTIN

I, Heather Martin, under penalties as provided by law pursuant to the Federal Rules of Civil Procedure, certify that the statements set forth herein are true and correct and that, if called upon to testify in the above-captioned case, I could competently testify to the following statements based upon my personal knowledge.

1.    I am the Safety Director of Star Van Systems, Inc. ("Star Van"), a trucking company located in Ontario, Canada.

2.    I am familiar with the history, organization and activities of Star Van, a company that is engaged in the trade or business of providing transportation, warehousing and distribution services.

3.    Star Van is a company that is organized and existing under the laws of Ontario, Canada.

4.    Star Van's principal place of business is located in Ontario, Canada.

Exhibit 2

5.      Star Van's offices and distribution center are located in Ontario, Canada.

6.      In my position as Safety Director of Star Van, I am also familiar with its corporate records and documents, which include records of Star Van's ownership and leasing of commercial trucking vehicles, employees and records related to transportation and delivery.

7.      I have reviewed the Complaint in this matter, which generally alleges that plaintiffs suffered personal injuries and property damages resulting from a February 14, 2020 motor vehicle collision with a vehicle operated by Ahmed Al-Saidi ("Mr. Al-Saidi") and owned by Star Van.

8.      On February 14, 2020, while engaged in the activity described in the Complaint in this matter, Mr. Al-Saidi was an employee of Star Van.

9.      I reviewed Mr. Al-Saidi's employment file with Star Van and confirmed that he is a citizen of and resides in Ontario, Canada.

10.     I also reviewed Star Van's records related to vehicle ownership and found that the vehicle operated by Mr. Al-Saidi at the time of the February 14, 2020 motor vehicle accident described in the Plaintiff's Complaint was owned by Star Van.

Heather Martin

75944-23